UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 11-23872-RBR
WALTER G. MORGAN                                    Chapter 13
XXX-XX-0067

_____Debtor._____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

### CLAIM NUMBER 10: HSBC BANK NEVADA NA - BEST BUY CO. INC.

Claim is filed as a secured claim in the amount of $1,918.14 for "HHG" purchased from Best Buy. The Debtor listed this as a general unsecured claim on Schedule F. The claim fails to specify what household goods are the alleged collateral for the loan. The claim summary states that the application, sales tickets, statements and cardholder agreement are available upon request. The Debtor requested these items from the creditor but creditor has failed to provide them. In addition, creditor further fails to attach the security instrument to the claim and demonstrate that this is a secured claim, or state that a security instrument/agreement is available. The claim should be allowed as a general unsecured claim in the amount of $1,918.14.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:___9/26/11_____

*Law Offices of*
SIMONSON & OLSON, P.A.
Attorney for Debtor(s)
4901 NW 17th Way, Suite 503
Fort Lauderdale, FL 33309
(954) 492-1013

_____
By: CHRISTIAN J. OLSON, ESQ.
Florida Bar Number: 0121436